PACIFIC CUSTOMS BROKERAGE CO. *v.* UNITED STATES

**No. 4976.**—Invoice dated Moncton, N. B., Canada, December 27, 1938.
Certified December 30, 1938.
Entered at Vanceboro, Maine, December 30, 1938.
Entry No. V 1036.

(Decided July 10, 1940)

No appearance by plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: When this case was called for a hearing at Portland, Maine, on May 28, 1940, there was no appearance by the plaintiff, either in person or by attorney. Counsel for the defendant moved to dismiss the case on the ground there was no evidence upon which to base any value other than that found by the appraiser.

Following the authorities cited in Abstract 15400 I hereby dismiss this appeal for the reason that there is no evidence before me upon which I can find any value other than that found by the appraiser. Judgment will be rendered accordingly.

HENRY C. HASKELL *v.* UNITED STATES

**No. 4977.**—Invoice dated Halifax, N. S., August 1, 1939.
Certified August 2, 1939.
Entered at Portland, Maine, August 12, 1939.
Entry No. 9.

(Decided July 10, 1940)

Plaintiff not represented by counsel.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The evidence offered at the trial of this case at Portland, Maine, on May 28, 1940, is wholly insufficient to overcome the presumption of correctness attaching to the presumptively correct values found by the appraiser. I therefore find that the proper dutiable value of the merchandise covered by this appeal is the value found by the appraiser. Judgment will be rendered accordingly.